Samuel A. AGHIMIEN, Plaintiff—
Appellant,

v.

NORTH CAROLINA DEPARTMENT
OF TRANSPORTATION; Michael
Orr, Supervisor; Mike Bruff, Manag-
er; Elina Zlotchenko, Supervisor, De-
fendants—Appellees.

No. 09–1295.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 17, 2009.

Decided: Nov. 19, 2009.

Samuel A. Aghimien, Appellant Pro Se.
Ebony Jeanelle Pittman, North Carolina
Department of Justice, Raleigh, North
Carolina, for Appellees.

Before WILKINSON, MICHAEL, and
KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel A. Aghimien appeals the district court's order granting the Defendants' motion to dismiss his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Aghimien v. North Carolina Dep't of Transp.*, No. 5:08–cv–00213–D (E.D.N.C. Filed March 18, 2009; entered March 19, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*